THE PATENT ELASTIC FELT COMPANY, APPELLANT, *v.* FRANCIS B. SPENCER, RESPONDENT.

Judgment reversed, new trial ordered, costs to abide event.
Opinions by INGALLS, J., DAVIS, P. J., and BARRETT, J.

THEODORE LEON, APPELLANT, *v.* LEOPOLD BERN-HEIMER, RESPONDENT.

Judgment reversed, new trial ordered, costs to abide event.
Opinion by BRADY, J.

SAMUEL G. CORLIES, APPELLANT, *v.* ROBERT E. FER-GUSON, RESPONDENT.

Judgment reversed, new trial ordered, costs to abide event.
Opinion by BARRETT, J.

CHRISTINA R. BROWN *v.* MARTIN SCHOONMAKER.

Reargument denied.
Opinion by INGALLS, J.

IN THE MATTER OF JOHN H. SCREVEN, TO VACATE AN AS-SESSMENT.

IN THE MATTER OF CHARLES SHULTZ, TO VACATE AN AS-SESSMENT.

Orders reversed.
Opinion PER CURIAM.